FILED
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 04 2012 ★
BROOKLYN OFFICE

rec'd 9/6/12

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ANDRZEJ JANUS, on behalf of himself and on behalf of all others similarly situated,

            Plaintiff,

-against-

REGALIS CONSTRUCTION, INC., and JAN POMIANEK,

           Defendants.
------------------------------------------------------------------ X

11-CV-5788 (ARR)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

OPINION & ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation ("R&R") (Dkt. No. 15) on the instant case, dated July 23, 2012, from the Honorable Victor V. Pohorelsky, United States Magistrate Judge. No objections have been filed, so the court has reviewed the R&R for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05-CV-339, 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535, 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error and hereby adopt the R&R, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment (Dkt. No. 14) is granted. The Clerk of Court is directed to enter judgment in favor of plaintiff against both defendants as follows:

1.    Awarding $494.00 in unpaid overtime and liquidated damages under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.;

2.    $14,873.75 in unpaid overtime and liquidated damages under the New York Labor Law;

1

3. Prejudgment interest totaling $4,009.96 through May 31, 2012, plus an additional $2.38 per diem from June 1, 2012 through the date of judgment;

4. $10,280 in attorney's fees; and

5. $649.52 in costs.

SO ORDERED.

> S/Judge Ross
> _____
> Allyne R. Ross
> United States District Judge

Dated: September 4, 2012
Brooklyn, New York

MAILING LIST

Robert Wisniewski
& Associates P.C.
225 Broadway
Suite 1020
New York, NY 10007

Regalis Construction Inc.
592 Leonard Street #6
Brooklyn, NY 11222

Jan Pomianek
6640 60PL
Ridgewood, NY 11385

Jan Pomianek
592 Leonard Street
Brooklyn, NY 11222

Magistrate Judge Pohorelsky